THOMAS J. BONNELL, *Respondent*, *v.* MARTIN D. GRAHAM and others, *Appellants*. CONDIT N. PREDMORE and others, *Respondents*. — Judgment affirmed, with costs to plaintiff and to respondent Predmore; separate bills of costs against appellants. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

BARRETT's DYEING ESTABLISHMENT, *Appellant*, *v.* W. MOORE WHARTON and others, *Respondents*. — Judgment reversed and new trial granted at circuit, unless defendants stipulate to remit their judgment for damages against the plaintiff, in which case the judgment should be affirmed, without costs of appeal. Opinion by CULLEN, J.

THE CITY OF BROOKLYN *ex rel.* C. A. M. STADLMAIR, *Respondent*, *v.* CHARLES A. WILLARD and PATRICK HEFFERMAN, *Appellants*. — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

EMMA T. BARRINGER, *Administratrix, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant*. — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

MARGARET COSGROVE, *Administratrix, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant*. — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JOHN T. McGRATH, *Respondent*, *v.* CHARLES T. CROMWELL, *Appellant, Impleaded, etc.* — Interlocutory judgment upon order overruling defendant's demurrer to plaintiff's complaint affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

WILLIAM H. RICKETTS, *as Receiver, etc., Plaintiff, v.* GERHARD WESSELS, *Defendant*. — Exceptions overruled, and judgment for plaintiff upon the verdict with costs. Opinion by BARNARD, P. J.

LEVI W. FLAGG *v.* JOSEPH W. SWIFT. — Motion denied, without costs.

MATTER OF APPLICATION OF H. A. FROST TO DISBAR HENRY DAILY, JR. — Order refused with leave to withdraw papers and amend same. (Memorandum on file.)